DAVID A. WOLF (CA SBN 124460)
Email: davidwolfwest@icloud.com
LAW OFFICE OF DAVID A. WOLF
2600 Tenth Street, Suite 415
Berkeley, CA 94710
Telephone: (510) 325-7662
Facsimile: (510) 295-2838

Attorneys for Plaintiff
DANNY MARSHALL

Ethan M. Lowry, State Bar No. 278831
Wilson Lau, State Bar No. 307151
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
Email: elowry@bfesf.com
wlau@bfesf.com

Attorneys for Defendant
ALAMEDA CONTRA COSTA TRANSIT DISTRICT

Connie K. Chan, State Bar No. 284230
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Tel: (415) 421-7151
Email: cchan@altshulerberzon.com

Attorneys for Defendant AMALGAMATED
TRANSIT UNION, LOCAL 192

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND

| | |
|---|---|
| DANNY MARSHALL,<br><br>Plaintiff,<br><br>v. | Case No. 4:24-cv-00996-JST<br><br>STIPULATED DISMISSAL AND [~~PROPOSED~~] ORDER |

| | |
|---|---|
| ALAMEDA CONTRA COSTA TRANSIT DISTRICT; and AMALGAMATED TRANSIT UNION, LOCAL 192,<br><br>Defendants. | Hon. Jon S. Tigar |

The parties to this action, through their counsel of record, and pursuant to Federal Rule of Civil Procedure ("FRCP") 41(a)(1)(A)(ii) hereby stipulate to dismiss with prejudice *Danny Marshall v. Alameda Contra Costa Transit District, Amalgamated Transit Union, Local 192, et al*. (Case No. 24-cv-00996-JST).

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: August 14, 2026

LAW OFFICE OF DAVID A. WOLF

By: */s/David A. Wol*
David A. Wolf
Attorneys for Plaintiff
DANNY MARSHALL

Dated: August 14, 2026

ALTSHULER BERZON LLP

By: */s/Connie K. Chan*
Connie K. Chan
Attorneys for Defendant
AMALGAMATED TRANSIT
UNION, LOCAL 192

Dated: August 14, 2026

BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: /s/Wilson Lau
Ethan M. Lowry
Wilson Lau
Attorneys for Defendants
ALAMEDA CONTRA COSTA TRANSIT DISTRICT

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 17, 2026

United States District Judge

ORDER

1. The above stipulation is hereby approved; and

2. The entire action, *Danny Marshall v. Alameda Contra Costa Transit District, Amalgamated Transit Union, Local 192, et al*. (Case No. 24-cv-00996-JST), is hereby dismissed with prejudice pursuant to the parties' stipulation through their counsel and FRCP 41(a)(1)(A)(ii).

IT IS SO ORDERED:

DATED: August 17, 2026

HON. JON S. TIGAR
United States District Judge